LINKS:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-1339 GAF (SPx) | Date | May 13, 2014 |
|----------|----------------------|------|--------------|
| Title | Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund et al v. C H Stone Plumbing Co Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|------------------------|----------------------|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|----------------------------------|----------------------------------|
| None | None |

**Proceedings:**        **(In Chambers)**

### RULING ON EVIDENTIARY OBJECTIONS

The following sets forth the Court's ruling on objections to testimony submitted in declaration form.

### A. PLAINTIFF'S OBJECTIONS

Declaration of David Dean

| Page: Line | Objection | Ruling |
|------------|-----------|--------|
| 7:15-16 | Hearsay | SUSTAINED if offered for truth of matter asserted.  Court will admit it for the limited purpose of impeachment as a purported inconsistent statement with respect to Campos's testimony. |
| 7:16-17 | Hearsay | SUSTAINED. |
| 10:2-4 | Hearsay; improper legal conclusion | The evidence will be received for the limited purpose of establishing Dean's state of mind to the extent it is relevant. SUSTAINED as to all other purposes. |

LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-1339 GAF (SPx) | Date | May 13, 2014 |
|---|---|---|---|
| Title | Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund et al v. C H Stone Plumbing Co Inc et al | | |

## B. Defendants' Objections

Declaration of Jeffrey Goss

| Page: Line | Objection | Ruling |
|---|---|---|
| 6:1-2 | No Foundation | To the extent that the testimony is based on information provided by Campos, it would be admissible as a prior consistent statement by Campos regarding what he knew at the time.  The Court would admit it for that limited purpose.  For other purposes the objection is SUSTAINED. |

Declaration of Michael Jung

| Page: Line | Objection | Ruling |
|---|---|---|
| 2:23-27 | Best evidence; hearsay | OVERRULED.  The evidence establishes context regarding Exhibit 42, which is the best evidence of its content. |
| 4:21-24 | Best evidence; hearsay; relevance | OVERRULED.  The objections go to weight and not admissibility. |
| 4:24-28 | Foundation; hearsay; conclusion; best evidence | OVERRULED. |
| 4:28 - 5:3 | Best evidence; hearsay | OVERRULED. |
| 5:3-8 | Best evidence. | SUSTAINED. |

Declaration of Mike Layton

| Page: Line | Objection | Ruling |
|---|---|---|
| 4:24-27 | Conclusion and lacks foundation | OVERRULED. |

LINKS:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-1339 GAF (SPx) | Date | May 13, 2014 |
|---|---|---|---|
| Title | Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund et al v. C H Stone Plumbing Co Inc et al | | |

Declaration of Angela Panomchai

| Page: Line | Objection | Ruling |
|---|---|---|
| 4:3-8 | Best evidence. | OVERRULED. |
| 4:19-22 | Foundation | OVERRULED.  The declarant's description of her work history and job duties establishes a sufficient foundation. |
| 4:22-5:3 | Foundation | OVERRULED.  The declarant's description of her work history and job duties establishes a sufficient foundation. |
| 5:26-28 | Foundation; conclusion | OVERRULED.  The declarant's description of her work history and job duties establishes a sufficient foundation. |
| 8:24-26 | Foundation; conclusion | OVERRULED.  The declarant's description of her work history and job duties establishes a sufficient foundation. |
| 8:1-7 | Relevance | OVERRULED. |
| 9:10-12 | Speculation | OVERRULED. |
| 9:21-23 | Opinion; relevance | OVERRULED. |
| 10:24-27 | Conclusion; foundation | OVERRULED. |

**IT IS SO ORDERED.**