**LAQUER URBAN CLIFFORD & HODGE LLP**
Brian Ray Hodge, State Bar No. 90488
Email:  hodge@luch.com
Marija Kristich Decker, State Bar No. 207387
Email:  decker@luch.com
Michael Y. Jung, State Bar No. 245260
Email:  jung@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882 / Facsimile:  (626) 449-1958

Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>C.H. STONE PLUMBING CO., INC., a California corporation doing business as "C.H. STONE"; DAVID KENNETH DEAN, an individual.<br><br>Defendants. | CASE NO.: CV13-01339 GAF (SPx)<br><br>ASSIGNED TO THE HONORABLE GARY ALLEN FEESS<br><br>**JUDGMENT** |

1  The above-captioned case came on regularly for trial on May 14, 2014, before the above-captioned Court, the Honorable Gary A. Fees, United Stated District Judge, presiding. Pursuant to the Findings of Fact and Conclusions of Law issued by the Court herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from C. H. Stone Plumbing Co., Inc., a California corporation, and David Kenneth Dean, an individual, jointly and severally, the principal amount of $165,117.17, plus attorneys' fees and costs of suit to be determined, together with post-judgment interest thereon at the rate provided by law, until paid in full.

DATED: June 5, 2014   _____

**JS-6**   UNITED STATES DISTRICT JUDGE

JUDGMENT